IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEAN P. VAN HORN )
)
Petitioner, )
)
vs. )    Case No. 23-cv-1991-SMY
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## MEMORANDUM AND ORDER

**YANDLE, Chief District Judge:**

Petitioner Sean P. Van Horn, who was sentenced to a 120 months' imprisonment for attempted enticement of a minor, filed the instant habeas corpus action pursuant to 28 U.S.C. § 2255 (Doc. 1).  Respondent moved to dismiss the Petition as untimely (Doc. 4), which the Court granted (Doc. 5).  Now pending before the Court is Van Horn's Motion for Reconsideration (Doc. 7).

A motion filed after judgment has been entered can be analyzed either under Rule 59(e) or under Rule 60(b) of the Federal Rules of Civil Procedure.  A substantive motion filed within twenty-eight (28) days of entry of judgment or order is  generally construed as a motion filed pursuant to Rule 59(e); later filed motions are analyzed under Rule 60(b).  *Mares v. Busby*, 34 F.3d 533, 535 (7th Cir. 1994).  Because Van Horn's motion was filed within 28 days of the entry of the August 11, 2025, Judgment, it is analyzed under Rule 59(e).

Under Rule 59(e), the Court may alter or amend its judgment if the movant "clearly establish[es] (1) that the court committed a manifest error of law or fact, or (2) that newly discovered evidence precluded entry of judgment." *Blue v. Hartford Life & Acc. Ins. Co.,* 698 F.3d 587, 598 (7th Cir. 2012) (quoting *Harrington v. City of Chicago,* 433 F.3d 542, 546 (7th Cir.

2006)).  Relief sought under Rule 59(e) is an "extraordinary remed[y] reserved for the exceptional case." *Foster v. DeLuca*, 545 F.3d 582, 584 (7th Cir. 2008).  Motions for reconsideration are not appropriate vehicles for re-litigating arguments the Court previously rejected.  *Sigworth v. City of Aurora,* 487 F.3d 506, 512 (7th Cir. 2007).

Here, Van Horn raises the same arguments previously rejected by this Court. He fails to identify any newly discovered case law or a manifest error of law or fact committed by the Court. Therefore, the Motion for Reconsideration (Doc. 7) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 6, 2026**

**STACI M. YANDLE**
**Chief United States District Judge**